IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOSCO CORPORATION AND SUBSIDIARIES, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) ) | No. 00 Civ. 2285 (CFD) | FILED<br><br>2003 NOV 26  A 11: 06<br><br>US DISTRICT COURT<br>HARTFORD CT |

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

_____
DANIEL F. SULLIVAN
Robinson & Cole
280 Trumbull Street
Hartford, Connecticut 06103-3597
(860) 275-8200

_____
WALTER P. LOUGHLIN
Latham & Watkins
885 Third Ave., 53rd Floor
Suite 1000
New York, New York 10022-4802
(212) 906-1200

_____
McGEE GRIGSBY
Latham & Watkins
1001 Pennsylvania Avenue, N.W.
Suite 1300
Washington, D.C. 20004-2505
Tel: (202) 637-2200
     Attorneys for Plaintiff

KEVIN J. O'CONNOR
United States Attorney

_____
WENDY J. KISCH (CT19019)
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 55
Washington, D.C. 20044-0055
(202) 307-6553
    Attorneys for Defendant