UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**NOVEMBER 21, 2003**

**4:30 P.M.**    *held*

*4:30 - 5.00*

*30 mins*

**PLAINTIFF'S COUNSEL**
**WILL INITIATE THE CALL**
860-240-2635

CASE NO. **00-2285(CFD)**    TOSCO CORP. v USA

McGee Grigsby
Latham & Watkins
555 11th St., NW
Suite 1000
Washington, DC 20004

Wendy J. Kisch
U.S. Department of Justice
PO Box 55, Ben Franklin Station
Washington, DC 20044

Walter P. Loughlin
Latham & Watkins
885 Third Ave., 53rd Fl.
Suite 1000
New York, NY 10022-4802

Lisa E. Perkins
U.S. Attorney's Office
450 Main St., Room 328
Hartford, CT 06103

Daniel F. Sullivan
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK