IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOSCO CORPORATION AND SUBSIDIARIES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 00 Civ. 2285 (CFD) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case dismissed with prejudice, the parties to bear their respective costs, including any pos[t] attorneys' fees or other expenses of this litigation.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court

By ███████████
     Deputy Clerk

_____
DANIEL F. SULLIVAN
Robinson & Cole
280 Trumbull Street
Hartford, Connecticut 06103-3597
(860) 275-8200

_____
WALTER P. LOUGHLIN
Latham & Watkins
885 Third Ave., 53rd Floor
Suite 1000
New York, New York 10022-4802
(212) 906-1200

_____
McGEE GRIGSBY
Latham & Watkins
1001 Pennsylvania Avenue, N.W.
Suite 1300
Washington, D.C. 20004-2505
Tel: (202) 637-2200

Attorneys for Plaintiff

KEVIN J. O'CONNOR
United States Attorney

_____
WENDY J. KISCH (CT19019)
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 55
Washington, D.C. 20044-0055
(202) 307-6553
    Attorneys for Defendant